S. LANE TUCKER
United States Attorney

AMY E. MILLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: amy.miller@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DEYON DOUGLAS,<br><br>　　　　　　Defendant. | No.　3:24-cr-00030-JMK-MMS<br><br>COUNT 1<br>FELON IN POSSESSION OF A FIREARM<br>　Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br><br>CRIMINAL FORFEITURE ALLEGATION:<br>　18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a) |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

On or about January 17, 2024, within the District of Alaska, the defendant, DEYON DOUGLAS, knowing that he had been previously convicted of a crime punishable by imprisonment of a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, to wit: a SCCY, CPX-2 9mm pistol.

Prior Convictions

| Date of Conviction | Offense | Court | Case No. |
|---|---|---|---|
| December 8, 2020 | Felon in Possession of a Firearm | United States District Court for the District of Alaska | 3:19-cr-00100-SLG |
| February 20, 2015 | Theft in the Second Degree | Alaska Superior Court, Third Judicial District | 3AN-14-11104CR |
| February 20, 2015 | Attempted Misconduct Involving a Controlled Substance in the Second Degree | Alaska Superior Court, Third Judicial District | 3AN-14-11104CR |
| February 20, 2015 | Misconduct Involving Weapons in the Second Degree | Alaska Superior Court, Third Judicial District | 3AN-14-07154CR |
| February 20, 2015 | Misconduct Involving Weapons in the Third Degree | Alaska Superior Court, Third Judicial District | 3AN-14-07154CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

Upon conviction of the offense in Count 1 of this Indictment, the defendant, DEYON DOUGLAS, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearms and ammunition involved in knowing violation of the offense, including but not limited to:

1. A SCCY, CPX-2 9mm pistol, serial number 797036; and

2. Any and all associated magazines and ammunition.

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a), Federal Rule of Criminal Procedure.

A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Amy E. Miller
AMY E. MILLER
Assistant U.S. Attorney
United States of America

s/ Kate Vogel for
S. LANE TUCKER
United States Attorney

DATE: 3/192024